# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED OCTOBER 24, 2014

### NO. 03-14-00220-CV

**Nandita Berry, in her Official Capacity as Secretary of State of the State of Texas, Appellant**

**v.**

**Texas Democratic Party and Gilberto Hinojosa in his Official Capacity as Chair of The Texas Democratic Party, Appellees**

### APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
### REVERSED AND DISMISSED -- OPINION BY CHIEF JUSTICE JONES

This is an appeal from the interlocutory order signed by the trial court on March 18, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the trial court's interlocutory order and renders judgment dismissing the claims of the Texas Democratic Party and Gilberto Hinojosa in his Official Capacity as Chair of The Texas Democratic Party for want of subject-matter jurisdiction. The appellees shall pay all costs relating to this appeal, both in this Court and the court below.